868 A.2d 379

**Siddeeq JACKSON & Bashera Abdul–Hadi, h/w**

v.

**METRO NISSAN, INC.,**

**Appeal of Bashera Abdul–Hadi.**

Supreme Court of Pennsylvania.

Feb. 11, 2005.

632

## *ORDER*

PER CURIAM.

**AND NOW,** this 11th day of February, 2005, this appeal is dismissed as having been improvidently granted.